UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
DEXTER CHANCE,

      Plaintiff,

  -against-           ORDER

THE FEDERAL RESERVE BANK OF   17 Civ. 8850 (GBD)
NEW YORK,

      Defendant.

------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

  On May 10, 2018, this Court granted Defendant's motion to dismiss the complaint for failure to state a claim upon which relief can be granted. (*See* ECF No. 27.) Plaintiff was provided with thirty days in which he could move for leave to file an amended complaint. (*See id.*) He was advised that failure to do so would result in this case being closed. (*Id.*) To date, no such motion has been filed.

  Accordingly, the Clerk of Court is hereby directed to close this case.

Dated: June 12, 2018
   New York, New York

                SO ORDERED.

                GEORGE B. DANIELS
                UNITED STATES DISTRICT JUDGE